| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Faith Cathedral Look Up and Live Ministries, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

Faith Cathedral  
FKA  Faith Bible Church, Inc.  
Faith Church  
FKA  Today's Faith Church

**3. Debtor's federal Employer Identification Number (EIN)**  
57-0745865

**4. Debtor's address**

Principal place of business:  
7200 Augusta Road  
Piedmont, SC 29673  
Number, Street, City, State & ZIP Code

Greenville  
County

Mailing address, if different from principal place of business:  
P.O. Box 8277  
Greenville, SC 29604  
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business:  
_____  
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Faith Cathedral Look Up and Live Ministries, Inc.**            Case number (*if known*)
       Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ■ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **8131**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor  **Faith Cathedral Look Up and Live Ministries, Inc.**         Case number (*if known*)
         Name

Debtor **Faith Cathedral Look Up and Live Ministries, Inc.**   Case number (*if known*) _____
Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Faith Cathedral Look Up and Live Ministries, Inc.**    Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 24, 2020**
MM / DD / YYYY

X **/s/ Jenette Cureton**                                **Jenette Cureton**
Signature of authorized representative of debtor          Printed name

Title    **Assistant Administrator**

**18. Signature of attorney**

X **/s/ Robert Pohl**                                    Date **August 24, 2020**
Signature of attorney for debtor                           MM / DD / YYYY

**Robert Pohl**
Printed name

**Pohl, P.A.**
Firm name

**P.O. Box 27290**
**Greenville, SC 29616**
Number, Street, City, State & ZIP Code

Contact phone  **864-233-6294**    Email address  **Robert@POHLPA.com**

**80001 SC**
Bar number and State

Fill in this information to identify the case:
Debtor name: **Faith Cathedral Look Up and Live Ministries, Inc.**
United States Bankruptcy Court for the: **DISTRICT OF SOUTH CAROLINA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| IC Systems, Inc. P.O. Box 64378 Saint Paul, MN 55164-0378 | | AT&T Wireline | Disputed | | | $1,172.84 |
| Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346 | | 940 Taxes | | | | $20,000.00 |
| Mary Frances Greene 612 Butler Springs Road Greenville, SC 29615 | | Loan | | | | $100,000.00 |
| Michael & Jenette Cureton P.O. Box 8592 Greenville, SC 29604 | | Personal Loan | | | | $6,000.00 |
| Senior Bishop Ethel M. Talbert-Spearman P.O. Box 9752 Greenville, SC 29604 | | Cash | | $250,000.00 | $15,000.00 | $235,000.00 |

# United States Bankruptcy Court
### District of South Carolina

In re **Faith Cathedral Look Up and Live Ministries, Inc.**  Case No.
Debtor(s)  Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Senior Bishop Ethel M. Talbert-Spearman**<br>**P.O. Box 9752**<br>**Greenville, SC 29604** | **Member** | **100%** | Voting |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Assistant Administrator** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 24, 2020**       Signature **/s/ Jenette Cureton**
                                         **Jenette Cureton**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
## District of South Carolina

In re **Faith Cathedral Look Up and Live Ministries, Inc.**               Case No.
                                                              Debtor(s)   Chapter   **11**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a)  _____ computer diskette

(b)  _____ scannable hard copy
(number of sheets submitted _____)

(c)  **X** electronic version filed via CM/ECF

Date:  **August 24, 2020**          /s/ Jenette Cureton
                                    **Jenette Cureton**/**Assistant Administrator**
                                    Signer/Title

Date:  **August 24, 2020**          /s/ Robert Pohl
                                    Signature of Attorney
                                    **Robert Pohl**
                                    **Pohl, P.A.**
                                    **P.O. Box 27290**
                                    **Greenville, SC 29616**
                                    **864-233-6294   Fax: 864-558-5291**
                                    Typed/Printed Name/Address/Telephone

                                    **80001 SC**
                                    District Court I.D. Number

```
ACS TECHNOLOGIES
180 DUNBARTON DRIVE
FLORENCE SC 29501


AG ADJUSTMENTS
P.O. BOX 9090
MELVILLE NY 11747


AG ADJUSTMENTS LTD.
ASSIGNEE TO BANK OF THE WEST
740 WALT WHITMAN ROAD
MELVILLE NY 11747


ANDERSON & CARPENTER
C/O STUART ANDERSON
217 EAST PARK AVENUE
GREENVILLE SC 29601


AT&T BANKRUPTCY CENTER
P.O. BOX 769
ARLINGTON TX 76004


BANK OF THE WEST
1625 WEST FOUNTAINHEAD PARKWAY
10TH FLOOR
TEMPE AZ 85282


BROTHERHOOD MUTUAL INSURANCE COMPANY
6400 BROTHERHOOD WAY
FORT WAYNE IN 46825


CHARTER COMMUNICATIONS, LLC
AKA SPECTRUM
12405 POWERSCOURT DRIVE
SAINT LOUIS MO 63131


CINTAS GREENVILLE
191 ELCON DRIVE
GREENVILLE SC 29605


DUKE ENERGY
P.O. BOX 70515
CHARLOTTE NC 28272-0515
```

```
GREENVILLE COUNTY TAX COLLECTOR
301 UNIVERSITY RIDGE
SUITE 700
GREENVILLE SC 29601


GREENVILLE WATER
407 WEST BROAD STREET
GREENVILLE SC 29601


IC SYSTEMS, INC.
P.O. BOX 64378
SAINT PAUL MN 55164-0378


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


MARY FRANCES GREENE
612 BUTLER SPRINGS ROAD
GREENVILLE SC 29615


MICHAEL & JENETTE CURETON
P.O. BOX 8592
GREENVILLE SC 29604


NATIONWIDE INSURANCE COMPANY
225 S. PLEASANTBURG DRIVE
SUITE E8
GREENVILLE SC 29607


NELSON MULLINS RILEY & SCARBOROUGH LLP
C/O JOHN T. MOORE
1320 MAIN STREET
17TH FLOOR
COLUMBIA SC 29201


PIEDMONT NATURAL GAS
PO BOX 1246
CHARLOTTE NC 28201-1246


PRIORITY ONE SECURITIES
18 INTERCHANGE BLVD.
SUITE B
GREENVILLE SC 29607
```

```
SC DEPARTMENT OF EMPLOYMENT & WORKFORCE
DOCUMENT CONTROL - BANKRUPTCY
P.O. BOX 995
COLUMBIA SC 29202-0995


SC DEPARTMENT OF REVENUE AND TAXATION
PO BOX 12265
COLUMBIA SC 29211-9979


SENIOR BISHOP ETHEL M. TALBERT-SPEARMAN
P.O. BOX 9752
GREENVILLE SC 29604


TD BANK
F/K/A CAROLINA FIRST BANK
30 EAST MCBEE AVENUE
GREENVILLE SC 29601


VONAGE
23 MAIN STREET
HOLMDEL NJ 07733
```

# United States Bankruptcy Court
## District of South Carolina

In re  **Faith Cathedral Look Up and Live Ministries, Inc.**                     Case No.
                                          Debtor(s)                              Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Faith Cathedral Look Up and Live Ministries, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **August 24, 2020** | **/s/ Robert Pohl** |
| Date | **Robert Pohl** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Faith Cathedral Look Up and Live Ministries, Inc.** |
| | **Pohl, P.A.** |
| | **P.O. Box 27290** |
| | **Greenville, SC 29616** |
| | **864-233-6294 Fax:864-558-5291** |
| | **Robert@POHLPA.com** |